CHAFEE, by Guardian *ad litem,* Appellant, vs. SCANDRETT and others, Respondents.

For the appellant: *Hayden & Hayden* of Milwaukee.

For the respondents: *Bender, Trump & McIntyre* of Milwaukee.

*By the Court.*—Judgment affirmed.

MATTSON and others, Plaintiffs: WELCH, Respondent, vs. KOCH and others, Appellants.

For the appellants: *Shockley, Mattison & Weinberg,* attorneys, and *John L. Waddleton* of counsel, all of Milwaukee.

For the respondent: *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.

*January 12, 1937.*

BOARD OF EDUCATION, Beaver Dam, and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants: *A. C. Neilson,* attorney, and *L. A. Tarrell* of counsel, both of Milwaukee.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney General.

*By the Court.*—Judgment affirmed.